IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY W. RADER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 09-340-SLR/LPS |
| | ) | |
| ING BANK fsb, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LARRY W. RADER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 09-544-SLR/LPS |
| | ) | |
| ING GROEP, N.V., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LARRY W. RADER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 09-781-SLR/LPS |
| | ) | |
| SHAREBUILDER SECURITIES | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

At Wilmington this 24th day of August, 2010, having plaintiff's motions for

reconsideration and the papers submitted in connection therewith;

IT IS ORDERED that the motions[1] are denied for the reasons that follow:

---

[1]*Rader v. Ing*, Civ. No. 09-340-SLR (D.I. 89); *Rader v. Ing*, Civ. No. 09-544-SLR (D.I. 85); *Rader v. ShareBuilder*, Civ. No. 09-781-SLR (D.I. 35).

2

1.  The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999).  Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following:  (1) a change in the controlling law; (2) availability of new evidence not available when summary judgment was granted; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice.  *See id.*

2.  Plaintiff has failed to demonstrate any of the aforementioned grounds to warrant a reconsideration of the court's orders.

United States District Judge